| | |
|---|---|
| 1 | Erna Mamikonyan (State Bar No. 302000) |
| 2 | emamikonyan@jonesday.com<br>JONES DAY |
| 3 | 555 South Flower Street<br>Fiftieth Floor |
| 4 | Los Angeles, CA  90071.2300<br>Telephone: +1.213.489.3939 |
| 5 | Facsimile:  +1.213.243.2539 |
| 6 | Attorneys for Defendant<br>AMERICAN RESIDENTIAL SERVICES, |
| 7 | LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KISSICK, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN RESIDENTIAL SERVICES, LLC,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-01460-MWF-SS<br><br>Assigned for all purposes to<br>Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

# ORDER

The Court, having considered the Parties' Third Stipulation to Extend Time to Respond to Initial Complaint and good cause appearing therefore, hereby GRANTS the Parties' Stipulation and ORDERS that Defendant's deadline to file a response to Plaintiff's Complaint is extended through May 10, 2019.

**IT IS SO ORDERED:**

Date:  May 1, 2019

_____
Michael W. Fitzgerald
United States District Judge