# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KISSICK, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s)<br>v.<br>AMERICAN RESIDENTIAL SERVICES, LLC,<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-CV-01460-MWF-SS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kennard, J. Todd       of       JONES DAY
*Applicant's Name (Last Name, First Name & Middle Initial)*       325 John H. McConnell Blvd., Ste 600
(614) 281-3989       (614) 461-4198       Columbus, OH  43215-2673
*Telephone Number*       *Fax Number*
jtkennard@jonesday.com
*E-Mail Address*       *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

American Residential Services, LLC

*Name(s) of Party(ies) Represent*       ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Mamikonyan, Erna       of       JONES DAY
*Designee's Name (Last Name, First Name & Middle Initial)*       555 South Flower Street, 50th Floor
SBN: 302000       213.489.3939       213.243.2539       Los Angeles, CA  90071-2452
*Designee's Cal. Bar No.*       *Telephone Number*       *Fax Number*
emamikonyan@jonesday.com
*E-Mail Address*       *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: May 22, 2019**

*[signature]*

**U.S. District Judge**