1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Scott A. Bursor (State Bar No. 276006)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
            scott@bursor.com

*Attorneys for Plaintiff*

**JONES DAY**
Erna Mamikonyan (State Bar No. 302000)
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
E-Mail:  emamikonyan@jonesday.com

J. Todd Kennard (admitted pro hac vice)
325 John H. McConnell Blvd., Ste. 600
Columbus, OH  43215
Telephone:  (614) 469-3939
Facsimile:  (614) 461-4198
E-Mail:  jtkennard@jonesday.com

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KISSICK, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>AMERICAN RESIDENTIAL SERVICES, LLC,<br><br>                    Defendant. | Case No. 2:19-cv-01460-MWF-SS<br><br>**ORDER RE STIPULATION TO CONTINUE MOTION HEARING AS TO DEFENDANT'S MOTION TO DISMISS**<br><br>Current Date: June 24, 2019<br><br>Proposed Date: July 15, 2019<br><br>Time: 10:00 a.m.<br>Courtroom: 5A<br><br>Hon. Michael W. Fitzgerald |

ORDER RE STIPULATION TO CONTINUE MOTION HEARING
CASE NO.  2:19-cv-01460-MWF-SS

**ORDER**

      At the Parties' stipulation and request, the Motion Hearing as to Defendant's (1) Motion to Dismiss or (2) In the Alternative, Transfer Venue to the Western District of Tennessee, or (3) In Further Alternative, motion to dismiss allegations of non-California Putative Class Members  (ECF No. [14]) ("Motion") set for 6/24/2019 is VACATED and RESET for 7/15/2019 at 10:00 AM in Courtroom 5A before District Judge Michael W. Fitzgerald.  Pursuant to the parties' agreement, Motion related briefing deadlines are reset as follows:  (1) Plaintiff shall file a response by June 17, 2019 and (2) Defendant shall file any reply by July 1, 2019.

Dated: May 31, 2019

_____

    HON. MICHAEL W. FITZGERALD
    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION TO CONTINUE MOTION HEARING
CASE NO.  2:19-cv-01460-MWF-SS

1